Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGGORY MCBROOM<br><br>Plaintiff,<br><br>v.<br><br>CANNERY CASINO RESORTS, LLC, a domestic limited liability company; DOES and ROES 1-100; inclusive,<br><br>Defendants. | Case No. 2:12-cv-00982-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Greggory McBroom and Defendant Cannery Casino Resorts, LLC, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 17th day of August, 2012.

| NELSON LAW | JACKSON LEWIS LLP |
|---|---|
| /s/ Sharon L. Nelson | /s/ Elayna J. Youchah |
| Sharon L. Nelson, Bar #6433<br>8670 W. Cheyenne Ave., Ste. 120<br>Las Vegas, Nevada 89129 | Elayna J. Youchah, Bar #5837<br>3800 Howard Hughes Parkway, Ste 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

JACKSON LEWIS LLP
LAS VEGAS

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this  20  day of  August , 2012.

_____
U.S. District Judge