1  Elayna J. Youchah, Bar No. 5837
   youchahe@jacksonlewis.com
2  **JACKSON LEWIS LLP**
   3800 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
4  Fax: (702) 921-2461

5  *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGGORY MCBROOM<br><br>Plaintiff,<br><br>v.<br><br>CANNERY CASINO RESORTS, LLC, a domestic limited liability company; DOES and ROES 1-100; inclusive,<br><br>Defendants. | Case No. 2:12-cv-00982-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Greggory McBroom and Defendant Cannery Casino Resorts, LLC, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 17th day of August, 2012.

| NELSON LAW | JACKSON LEWIS LLP |
|---|---|
| /s/ Sharon L. Nelson | /s/ Elayna J. Youchah |
| Sharon L. Nelson, Bar #6433 | Elayna J. Youchah, Bar #5837 |
| 8670 W. Cheyenne Ave., Ste. 120 | 3800 Howard Hughes Parkway, Ste 600 |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this 20 day of August, 2012.

U.S. District Judge